# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 27, 2017

## NO. 03-16-00071-CV

**Jeremie Gordon and Amber Arnold-Gordon, Appellants**

**v.**

**James B. Nickerson and Julia A. Nickerson, Trustees of the
Nickerson Revocable Living Trust, Appellees**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## MODIFIED AND AFFIRMED AS MODIFIED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on November 9, 2015. Having reviewed the record and the parties' arguments, the Court holds that it was error for the trial court to award attorney fees. Therefore, the Court modifies the trial court's judgment by striking paragraph 8 and affirms the judgment as modified. Each party shall pay their own costs relating to this appeal, both in this Court and in the court below.